UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No.: 2:25-cv-02568-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

On December 22, 2025, *pro se* plaintiff Christopher Dill, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted an unsigned complaint and an application to proceed *in forma pauperis* on a state court form. Docket Nos. 1, 1-1. The Court denies the application to proceed *in forma pauperis* as incomplete but grants Plaintiff an extension of time to file a signed complaint and either pay the full filing fee or properly apply for pauper status.

**I.　DISCUSSION**

　　**A.　Plaintiff must file a signed complaint.**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. The complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

　　**B.　Plaintiff must either pay the filing fee or apply for pauper status.**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an NDOC inmate to apply for *in*

*forma pauperis* status, the inmate must submit a completed application to proceed *in forma pauperis* on this Court's approved form by an inmate in NDOC custody, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3. *See* 28 U.S.C. §§ 1914, 1915(a)(1)–(2); NSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.     CONCLUSION

Accordingly, for the reasons stated above,

IT IS ORDERED that the application to proceed *in forma pauperis* is denied as incomplete. Docket No. 1.

IT IS FURTHER ORDERED that, no later than **February 6, 2026**, Plaintiff must submit a signed complaint to this Court.

IT IS FURTHER ORDERED that, no later than **February 6, 2026**, Plaintiff must either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint and either pay the required filing fee or file a complete application to proceed *in forma pauperis*.

///

///

///

///

1         The Clerk of the Court is **INSTRUCTED** to send Plaintiff: (a) the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody with instructions; (b) a copy of his complaint (Docket No. 1-1), and (c) the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

        IT IS SO ORDERED.

        DATED: January 7, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE