**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christopher Dill,<br>Plaintiff,<br>v.<br>High Desert State Prison, et al.,<br>Defendants. | Case No.: 2:25-cv-02568-GMN-NJK<br>**Order** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. A "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. The Court grants Plaintiff until **November 20, 2026**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the applications to proceed *in forma pauperis* for prisoners, Docket Nos. 4, 7, as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by November 20, 2026, or pay the full filing fee of $405.

Accordingly, for the reasons stated above,

IT IS ORDERED that the applications to proceed *in forma pauperis*, Docket Nos. 4, 7, are **DENIED** as moot.

IT IS FURTHER ORDERED that Plaintiff must file an updated address with the Clerk of the Court by **November 20, 2026**.

IT IS FURTHER ORDERED that, no later than **November 20, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* for a non-prisoner and instructions for the same.

IT IS SO ORDERED.

DATED: October 23, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE